AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | Case No: 91-189 (CMC) |
| --- | --- | --- |
|  | ) | USM No: 87554-071 |
| -versus- | ) | Pro se |
|  | ) | Defendant's Attorney |
| **Jose Gutierrez** | ) |  |
| *a/k/a Pappy*, | ) |  |
| *a/k/a The Cuban* | ) |  |
| Date of Previous Judgment: April 2, 1992 | ) |  |
| *(Use Date of Last Amended Judgment if Applicable* | ) |  |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant (ECF No. 165) ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❒ DENIED. ✔GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of life **is reduced to** three hundred sixty (360) months. This sentence shall consist of three hundred sixty (360) months as to Count 1, three hundred sixty (360) months as to Count 4, and two hundred forty (240) months as to Count 6, all to be served concurrently. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed April 2, 1992 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    March 20, 2014                                       s/ Cameron McGowan Currie
                                                                                        *Judge's signature*

Effective Date:                                                              Cameron McGowan Currie, Senior United States District Judge

*(if different from order date)*                                         *Printed name and title*

1